## (V. D. 60)

### S. E. Laszlo v. United States

Entry No. 84843.

(Decided December 11, 1957)

*John D. Rode* for the plaintiff.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

Wilson, Judge: This matter is presently before me on a remand from a classification proceeding decided by the first division of this court in *S. E. Laszlo v. United States*, 36 Cust. Ct. 378; Abstract 59777. The judgment entered therein stated: "* * * that the matter be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matter has been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the involved merchandise and that such values were:

Item 7 x 50, Binoculars $12.75 each; cases $1.25 each

I further find such values to be the dutiable values of said merchandise.

Judgment will be entered accordingly.